# EXHIBIT 1

Registration Certificate

# United States of America
## United States Patent and Trademark Office

# PII VAULT

**Reg. No. 6,430,066**
**Registered Jul. 20, 2021**
**Int. Cl.: 42**
**Service Mark**
**Principal Register**

Anonomatic Inc  (CALIFORNIA CORPORATION)
14 Dublin Court
Pleasant Hill, CALIFORNIA 94523

CLASS 42: Data encryption and decoding services; Data encryption services; Data encryption services for providing security and anonymity for electronically transmitted credit card transactions; Providing a secure, web-based service featuring technology that enables individuals to remotely create and manage their own accounts so that whatever private content they upload now can be encrypted, then delivered to their intended recipients, at the time and in the manner requested; Providing a website that features technology that enables the secure exchange of information by users

FIRST USE 8-1-2020; IN COMMERCE 4-1-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "PII"

SER. NO. 90-165,510, FILED 09-08-2020



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



# Exhibit 2

Representative Samples

# Why Anonomatic PII Vault®?

Data privacy and PII compliance are serious issues across multiple professions and industries. Here are some key benefactors of the PII Vault solution.



CUT TIME TO MARKET

## Software Solutions

Embed PII Vault to create innovative solutions, reduce time to market, and deliver

ENSURE PRIVACY AND COMPLIANCE

## Privacy Professionals

PII cannot be lost, stolen or accidentally exposed when

MOVE FASTER

## Technology Officers

Reap significant time and cost savings, with no loss of functionality, when you

# Exhibit 3

Examples of Infringing Mark

skyflow        Products ∨   Solutions ∨   Company ∨   Blog   Docs        Get a Demo

# Solving Customer Data Privacy Challenges: Introducing the PII Data Privacy Vault

JULY 21, 2021

Paul Kopacki
CMO

We're excited today to announce Skyflow's new PII Data Privacy Vault. This new vault, delivered via our API, makes it easy for any app or workflow to safely and properly handle highly sensitive personally identifiable information (PII) (i.e., customer data). With Skyflow's PII Vault, developers can quickly solve the difficult problems inherent to PII data—including regulatory compliance, data security, data governance, data residency, secure data sharing, and more—freeing them to innovate on features and UX.

## PII Challenges Today

Today's businesses run on PII: mundane but highly sensitive privacy data types like names, addresses, dates of birth, phone numbers, social security

RELATED ARTICLES

Are You Protecting Your Customers' ACH Banking Data? Here's Why You Should

Top Five Reasons to Re-evaluate Your Privacy Posture

De-identifying Analytics Data: An AWS Sample Application

Cloud    Developer
Data Privacy Vault    B2B    B2C
Healthcare    Finance
Data Security    Security Vault







# Exhibit 4

Plaintiff's Cease and Desist Letter

# Antero · Tormey & Petrin

101 Gregory Lane Suite 46 – Pleasant Hill, CA 94523
(415) 355-4529 – www.AntLegal.com

August 19, 2021

Mr. Anshu Sharma
CEO
Skyflow, Inc.
195 Page Mill Road, Suite 111
Palo Alto, CA 94306

**Re: Infringement of Trademarks Owned by Anonomatic, Inc.**

Dear Mr. Sharma:

We are Counsel for Anomatic Inc. ("Our Client"). It has recently come to our attention that Skyflow Inc. ("You" or "Skyflow") is infringing upon Our Clients trademark "PII Vault" USPTO Reg. Number. 6,430,066 (the "Mark")

Under both Federal and Common law Our Client is the owner of the Mark. Therefore, Our Client demands that you immediately cease any infringing activity, desist from such infringing activity in the future, and comply with Our Client's other requirements, as set forth in this letter.

Our Client has been using the Mark in connection with data privacy at least as early as August 1st 2020. During this time, Our Client has become widely accepted as a premier provider of data encryption services. As a result of Our Client's use of the Mark and because of the high quality of its goods, the Mark has become widely known throughout the United States, is synonymous with Our Client, and represents substantial, valuable goodwill.

Use of Our Client's Mark or any variation thereof is wilful infringement. Such infringement includes your use of the Mark in connection with your website and as part of your product line. You are using the Mark on Your website https://www.skyflow.com/product/pii-data-privacy-vault  The use of the Mark in this manner appears to be made with the intent to trade on the goodwill associated with Our Client's Mark and the reputation it has established. Your unlawful use creates the false impression that your goods originate from Our Client, or that Our Client is somehow connected or associated with your goods.

As there is to be no association between the parties, the above use of the Mark or any variation thereof in connection with your company subjects you to liability for wilful trademark infringement, false designation of origin, and trademark dilution in violation of the Lanham

Page **1** of **2**

Trademark Act, 15 U.S.C. § 1051 et. seq. Your actions may also give rise to separate claims under state unfair competition and dilution laws, including California Business and Professions Code §17200. The civil remedies available for these violations include immediate and permanent injunctive relief, recovery of your profits, and up to three times the amount of monetary damages suffered by Our Client, as well as an award of attorney's fees.

Our Client consistently enforces its trademark rights against infringers through all appropriate legal means. However, under the circumstances, Our Client is prepared to try to resolve this matter amicably provided that you cooperate fully with Our Client and establish to Our Client's satisfaction that this was a one-time error on your part and not a systematic effort to profit from or devalue Our Client's intellectual property.

Our Client therefore requests that you immediately, and **no later than September 19, 2021**:

1. Cease and desist from all further use of the Mark or any variation thereof and any other designations likely to cause confusion or dilution; and,

2. Destroy any materials in your possession or control bearing any designation likely to cause confusion with or dilution of Our Client's Mark; and,

3. **Abandon all pending applications** to register and voluntarily cancel any existing USPTO or state registrations for the Mark or any variation thereof.

Our Client further demands that you provide, by **no later than the close of business on September 19, 2021**, written confirmation that you will comply with these demands mailed to *101 Gregory Lane Ste 46 Pleasant Hill, CA 94523*. You are specifically advised that any failure or delay in complying with these demands will likely compound the damages for which you may be liable. If Our Client does not receive a satisfactory and timely response, Our Client is prepared to take all steps necessary to protect its interests, without any further notice to you.

Upon written confirmation that you have complied with the demands stated herein, Our Client will consider this matter closed. However, the above is not an exhaustive statement of all the relevant facts and law. Accordingly, Our Client expressly reserves all of its legal and equitable rights and remedies, including the right to seek injunctive relief and recover monetary damages.

Sincerely yours,

Peter Tormey
Antero, Tormey & Petrin PC